IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES W. BRAMMER, C-59515, | ) | |
| Plaintiff(s), | ) | No. C 14-3068 CRB (PR) |
| vs. | ) | ORDER OF TRANSFER |
| AMY MILLER, Warden, et al., | ) | (Dkt. #8) |
| Defendant(s). | ) | |

Plaintiff, a prisoner at Centinela State Prison, has filed a pro se complaint under 42 U.S.C. § 1983 challenging the conditions of his confinement. A substantial part of the events or omissions giving rise to the claim(s) occurred, and the defendants named reside, in the County of Imperial, which lies within the venue of the Southern District of California. See 28 U.S.C. § 84(d). Venue therefore properly lies in the Southern District. See id. § 1391(b).

Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Southern District of California.

The clerk shall transfer this matter and terminate all pending motions as moot.

SO ORDERED.

DATED: August 1, 2014

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.14\Brammer, J.14-3068.transfer.wpd